CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

JAMIE Fitzpatrick 44111,01004
Full name of plaintiff/prisoner ID#

              Plaintiff,

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG - 8 2012 ★
BROOKLYN OFFICE

JURY TRIAL DEMAND
YES ✓   NO ____

-against-

ADA John Darche, Detective Jared Tepper,
Detective Michael Kelly, Lieutenant John M___
Undercover Detective C0191, Undercover Detective C0222

CV 12-4036

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

              Defendants.
------------------------------------------------------X

I.    Previous Lawsuits:

      A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

      B.    If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

           1. Parties to this previous lawsuit:

              Plaintiffs: _____
                                 _____

              Defendants: _____
                                  _____

           2. Court (if federal court, name the district;
              if state court, name the county)
              _____

           3. Docket Number: _____

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: 18-18 HAZEN STREET E elmhurst NY 11370

    A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

    C. If your answer is YES,

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not This case have to do with Queens County District Attorney and New York city police

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

    F. If your answer is YES,

        1. What steps did you take? _____

        2. What was the result? _____

III. Parties:
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  JAMIE Fitzpatrick / John Doe

Address  18-18 HAZEN ST E elmhurst NY 11370

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1   ADA   John DARche
125-01 Queens Blvd
Kew Gardens, New York 11415
718 286-6177

Defendant No. 2   DeTecTive JARED TEPPERMAN #1809
1 Police Plaza, New York NY 10038
718 353 8902 (Queens Location)

Defendant No. 3   DeTecTive Michael Kelly # 2961
1 Police Plaza, New York NY 10038
718 353 8902 (Queens Location)

Defendant No. 4   Lieutenant John Natoli # 920647  TAX NO
1 Police Plaza, New York NY 10038
718 353 8902 (Queens Location)

Defendant No. 5   Under Cover Detective # C0121
1 Police Plaza, New York NY 10038
718 353 8902 (Queens Location)

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

III. Parties:
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff _____

   Address _____

   (In item B below, place the full name and address of each defendant)

   B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 6    UNdercover Detective # co222
                   1 Police Plaza, New York NY 10038
                   718 353 8902 (Queens Location)

Defendant No. 2    _____

Defendant No. 3    _____

Defendant No. 4    _____

Defendant No. 5    _____

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.     Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Date early part of Feb 2010 till late Jan 2011. The interception of private electronic communication under C.P.L Article 700 or under federal statute particulary Title 18 U.S.C. § 2510-2521 know as Title III. In this instance District Attorney John Darche and Det Jared "Pacman" Tepperman use electronic to further Det Jared Pacman Tepperman illegal enterprise, and under C.P.L 160.50 a case being Seal. I'm still being detain. Audio Tape are missing and there are no seal order. In the process officer Jared Tepperman extorted me and made me sell drugs. When I refuse to sell "NEXT PAGE" I was then arrested. Detail on next page. ADA John Darche play a role in the investigation stages. I were arrested without any warrants for my arrest

→ NEXT PAGE

IV. A      If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

_____
_____
_____
_____
_____
_____
_____
_____

4

In the early part of March 2010, Ramel (fat Mel) Knighter came to 147-07 Guy R. Brewer. Fat Mel told me he knew someone that wanted to speak to me. I asked who and he replied Pacman. Pacman later turned out to be a narcotic officer by the name of Jared Tepperman. Jared Tepperman TAX REG #937618. I just got his full name as of Jan 26, 2010. I question Fat Mel to why Pacman wanted to meet me Fat Mel said because he need you to work for him. Two weeks later I met up with Det Jared PACMAN Tepperman, me and Fat Mel. We met across the street from Burger King, behind a hotel. Burger King is located Rockaway Blvd and North Conduit Ave. Before the meeting fat melee explained to me that he worked for Det Jared Pacman Tepperman and when ever fat Mel got into a jam with police, Det Tepperman would fix the situation. So we met around the 2nd or 3rd week of March 2010.

Det Jared Pacman Tepperman told me he could help me out in many ways. I could get any rival gang locked up or I could set up Major drug dealers up or pay him a small fee for information. I choose the later one, for the small fee of 1,500 to 2,000 a week. Det Jared Pacman Tepperman would let me know of any investigation or raid and Buy and Bust in my area of Queens. It started off great but later turned into a nightmare. I later found out the Ramel(Fat Mel) Knighter was a Confidential Informant for Det Jared Tepperman. The 2nd or 3rd week I started giving Det Jared Tepperman 1,500 a week. If it was a good week and he told me about cops in my area I give him 2,000. I would meet him one block over from BurgerKing. The block next to Kennedy Plaza off the North Conduit Ave. He use to drive a silver 4 door car with black tints. He would drop his partner off at Burger King and come see me. It was so smooth that later on in the year, I got an apartment in Kennedy Plaza just to hold money to give Det Jared Pacman Tepperman. The payments were regular. He wouldn't call he just pop up and tell me he needed his weekly payment. Most of the time I tell to meet me near Burger King in 15 to 30 minutes. It was 1,500 a week until Memorial Day weekend in May of 2010.

After that weekend he wanted 2,500 a week. I paid that over summer until the last few days of July of 2010. There wasn't much cocaine around in the street. I couldn't pay 2,500 any more. I said lets lower it to 800 or 1000. But he refused to lower the payment. I just stop paying anything to Det Jared Pacman Tepperman "Fuck him" I said to myself. Pacman warned me that it would be payback for not paying. I told Pacman to leave me the fuck alone or I would tell my cousin that worked for the NYPD, but higher up in rank. He said he were going to make it rough for me. On August 07, 2010 an individual by the name Nesly Bien Amie got arrested for a Kilo of cocaine on 184st & 146 av. Springfield Gardens Queens. A week later I seen Det Jared Pacman Tepperman on Austin street & 71 Av. "For Some strange reason" Det Jared Tepperman always seems to know my whereabouts. If I were at Green Acres in Valley Stream or wallgreens on Baisley Blvd or Apple Bee in Five Towns. I would later find out he used GPS or tracking device to track me. When I seen him at Austin Street he said "see I told you I can make it rough on you" It's cheaper to have me around. This was around the second week of August 2010. I started back paying the weekly payment of 1,500. That lasted until the week of my birthday, Sep 17 2010. I was having a family issue and I wanted to stop. Det Jared Pacman Tepperman ordered me to keep working. Things were slow and sometimes I didn't have the whole 1,500 to pay. Around the last week of Sep. after I came back from Atlanta. Det Jared Pacman gave me a Kilo of cocaine to move for him. I was supposed to pay him back 22,000 and the cocaine were good. Things didn't work out that well. The night before I was going to meet up with Pacman to pay him 17,000 of the 22,000. I and two other individuals got pulled over by unmarked cops from the 113pct. They found the money and they forfeiture it. That was oct 6 or 13 2010. They the court made us pay a find of 220.00 for a blunt of weed. But the money was forfeiture.

The following day when Pacman came looking for the 22,000. I paid him 5,000. I explained that 113pct took the 17,000. He was upset and demanded I pay the 17,000 out of my pocket. I refused I said again "yo I'm done", "This shit not working out" I was small time he wanted me to be Big Time and work more. The next 3 weeks I didn't see or bump heads with Det Jared Pacman Tepperman. Then a few days after I came back from Seattle Washington visiting my wife and new born baby I ran into him. Pacman

asked me did I have the weekly payment for him on the balance of 17,000 I owe him. I said no, so he just took out my pocket around 715.00. I know that because the was my rent money at the time. After that I called my family member that worked for the police. A few days later I went to his apartment in brooklyn. I explained 50/50 of what was going on. But he seemed scared and I think he didn't want to go ageist the NYPD. I left his apartment without any help. Around Dec 7 or 8 I saw Det Jared Tepperman he again asked me about his money. This time we were located in the parking lot of New York fried chicken on farmers blvd and merrick blvd. That day I had a little over $400.00 in my pocket. He took the 400.00 and a paper out my wallet. On the paper were list of the amount of money owe me and I owe them. He said on that day I'm going to get you. You better work for me or I lock you up for the rest of your life. Det Jared Tepperman knew a lot about me. He knew I just came home in April of 2008. Det Jared Tepperman knew my parole officer. I refuse to work for him anymore and left the parking lot. That were the same day I think Robert ~~Acode~~ Acode got arrested.

Two weeks pass and it seemed like thins were going well Then on Dec 19 2010 around 10:00 pm I left the restaurant where I work. I headed toward my car a crown victoria pulled past me and two guys got out. I can't say if they were white or spanish, but they weren't black. They were dressed as undercover cops. They put guns to my head and chest and demanded the money. They took 2140 from me that night. They said you know we know where you live and we can kill you at any given time, so you better start doing what JT says. I feared for my life, all the bitch came out of me. I almost shitted on my self. This was getting deep. The following monday I called to get life insurance. A 1,500,000 policy. I felt they were going to kill me, or set me up because I knew to much. I talk to David Healy at Met Life 646-227-5107. The rest of the year went okay. I didn't see no police or Det Jared Pacman Tepperman for the rest of 2010. Then on Jan 19 or 20 2011, an individual called me and said he had a 100,000. and he wanted some cocaine for it. This were a big order. I wasn't that big, but I didn't want to turn the money down. When he called I was at my part time job at the real-estate company. I told the individual to meet me for we can talk. Around that time I heard from the street there wasn't any cocaine around. I still wanted to meet anyway. I told him to meet me in front of 147-07 Guy R. Brewer Blvd. He parked a black custom Van across the street from 147-07 Guy R. Brewer Blvd. This had to be between 5pm-7pm. But before I could get off work and meet him at 147-07 Guy R. Brewer to talk. He called and said a mark car "blue & white" Police car were telling him they couldn't park there and had to move, right away. Please check that sector car that day. The individual pull the van from the parking spot and pull around the corner but the blue & white followed. So they decided to go toward the highway. The South Conduit/Belt Parkway East. The Mark Blue & White turned off. Then an unmarked car tried to cut them off. The individual say they out ran the unmarked car that night. They drove fast and exited the highway and parked the van up and fled on foot. 4 hours later the individual return to get the van, the windows were smashed in and the individual phones were missing. Also 2,500 from someones coat pocket, and the bag that held the 100,000. The owner or driver of the black custom van were later arrested that saturday at his home on Jan 22, 2011. Those individuals wanted to harm me because they said I called police on them.

But now it all makes sense. Det. Jared Pacman Tepperman where eavesdropping my cell phone. When ever someone mention money something funny would happen. While in court april 6, 2011 I spoke to Francisco Herrera. I know him from adult Entertainment Party. Herrera informed me that on Jan 17 2011. That he were pull over 3 block from 60 colon road in Nassau County. That a unmark police car pulled him and another individual over. The undercover officer asked for ID and paperwork. Then the undercover searched the cadillac escalade truck and took 13,000 in cash from a Brown Paper Bag. Then the undercover officer let them go. Francisco Herrear later ID Det. Jared Pacman Tepperman as the officer. Francisco Herrear also informed me that on Jan 18, 2011, there were over 523,000 at 60 colon Road in Nassau County. If you look on any voucher it only 90,640 reported. Then sometime the 2nd or 3rd week of Jan 2011. Brett Savage home at 131-05 228 street Queens County was robbed. Brett Savage mother reported the incident to the 105th pct. Brett Savage later informed me that on Jan 26, 2011 that Det. Jared Pacman Tepperman pulled him out the cell and on there way up to see Homicide Det at the 105th pct said "Thanks for the late xmas gift you left for me under your bed." Brett Savage said only he knew that someone had took 43,000 from a box under his bed. Until then we thought it were guy from the hood. Then when I ran into Terrance Michael on Rikers Island,

Terrance Michael informed me that his money missing and it not on any one paperwork. I asked him how much money he had hid at 147-07 Guy R. Brewer on Jan 26, 2011. Det Jared Pacman Tepperman took 11 sets of Keys. Det Jared Pacman Tepperman knew I did property management for the real-estate company and had access to apartment an houses. I told my then lawyer David Cohen that I feared that Pacman were going to break in to my place. David Cohen said it were nothing he could do.

Then on Jan 29 or 30 2011 Robert Acode were rearrested. Robert Acode send word with family member that the whole ride and process that Det Jared Pacman Tepperman kept asking him question about where do he think I hide money at. The last time I seen Det Jared Pacman Tepperman were on Jan 26, 2011. Then on April 20 2011. I seen him after 3 months on the court house step on my way to Around July. Det Jared Pacman Tepperman were standing side by side with D.A. Jonathan Darche. This part was like a MOVIE. Det Jared Pacman Tepperman smile and said in a low voice where I could read his lips "I told you I fuck your life up". *As of June 26 2011, I got warrants now another Robbery make sense. They were eavesdropping another cell phone a week during Thanksgiving week. That Monday or Tuesday Nov 22 or 23 2010 Francisco Herrea and two individual where leaving an Apt/ House on that day. Francisco Herrea told me a gray Mini Van with out of town plates pulled up and two spanish looking guys exit the van and ask his two companion for ID. Francisco Herrea said at first he thought they were police but under cover. Then they demanded the 4 suitcase Francisco Herrea and the two other were putting in a car. A fight for the suitcase occurred. One of the Spanish looking guys pulled out a knife/razor and cut one of his companion. Francisco Herrea swear at that time they talked and look like police in the gray mini van. I don't know exactly where this attack happen, but now it makes sense. And he did say the driver look white, but to spanish guys exit the mini van and attacked them. And again they took phones that Francisco Herrea had on him.

Please Look into Det Jared Pacman Tepperman



Please check my date and time
1) Det. Jared Tepperman "CI" Rahmel(Fat Mel) Knighter
2) Nesly Bien Amie August 7 2010 arrest for a kilo of cocaine
3) Jamie Fitzpatrick arrest of Oct 20, 2010 The forfeiture of 16,000 15,000 700 800. The 16,000 is in the driver name
4) Robert Acode arrest Dec 7 or 8 2010
5) My meeting with my cousin an NYPD cop at his home in Brooklyn release name on a later date
6) The phone call to Met life David Healey 646-227-5107
7) The breaking in of Brett Savage home of 131-05 228st Queens County 43,000
8) Jan 19 or 20 2011 Police (Sector Car) around in front or near 147-07 Guy R. Brewer Blvd. Between 5:00 7:00 pm asking a Black custom van to move 100,000
9) The arrest of the owner/driver of the custom van that Saturday Jan 22, 2011
10) The traffic stop in Nassau County on Jan 17, 2011 13,000
11) The raid on 60 colon road in Nassau County 433,000 Jan 18, 2011
12) The raid on 147-07 Guy R. Brewer Blvd on Jan 26, 2011 164,000
13) Catfish Cafe safe 7,300 on Jan 26, 2011
14) The questioning of Robert Acode of money and police on the take

More things are starting to make more and more sense just like when they arrested Robert Goode, Det Jared Pacman Tepperman kept asking about money and officers I were paying off.

Jamie Fitzpatrick
4411101004

15) The police Report & Hospital Report of Francisco Herrea two companion on Nov 22 or 23 2010

On Feb 2011 I ran into Mark Askew on the jail boat in the Bronx. He had inform me that Det. Jared Tepperman had locked him and his wife up. He then pulled me to the side and said "I can't believe this bullshit, and I fuck with Pacman hard". At that time I didn't know he knew Det Jared Pacman Tepperman. Mark explained he were down with Pacman. When he had things for sell, he would sell to Pacman and a Black unknown officer. He would cut his profit and give to them 25% of the value. He said it were chain, watches, Tv, and rings. I never informed Mark I knew Pacman because I didn't want him to view me as a RAT. I never gave anyone up to Pacman. I just pay him to keep the heat (police) away. And sold a few oz for him and a brick of cocaine in Sep of 2010.

Mark said the day of his arrest around 3pm, they knock on his door and rush in his home. His wife open the door and he were in the bedroom. Until then they must had track his cell phone by cell site on GPS. Because Mark told me that was a new apartment and no one knew where he rest his head at. He say when he seen Det Jared Pacman Tepperman, He were also waiting to see his man (The Black Unnamed Officer). But he wasn't working. Mark explained that Pacman act like he didn't even know him. He were expecting Pacman to pull him to the side and say "Hey fame" we got the wrong house. Mark never told me where he live. They search then arrested him.

They took him to the 113 pct in Queens, NY. Det. Jared Pacman Tepperman took him to a room. Det. Tepperman Sat in one chair and Mark in another. Looking at each other face to face. At the door stood a LT or a supervisor. Det Tepperman never broke out of character. He ask Mark "why you think you here?" Mark reply I don't know Det Tepperman said because of Wall Mr. Fitzpatrick. Mark said he didn't understand why Pacman where acting like he didn't know him. Mark explained he would meet Pacman and the Black unnamed officer near his mothers home in laurelton Queens. Near 225th around 142 or 143 av and 227street. He had did business with the two of them plenty of times. But the day of the arrest, Det Jared Pacman Tepperman play like he never seen him before. He never said "what up Mark". They wanted Mark to co sign that Gang/drug crew shit they were pushing to Queens DA. But unknown to there knowledge, me and Mark are play cousin. I've been knowing him for 28 years.

Once Mark got to Queens Booking to the free phone. He called the Black unnamed officer. He asked him what the fuck is going on? What the fuck up with Pacman. The Black Officer told Mark he had the day off, But earlier his partner hit him saying it was important to hit him back. I guess Det. Tepperman were trying to let the Black officer know that they fucked up and arrested one of their guys. People that they do illegal deals with. The Black officer told Mark to relax and call him back. Either way the Black officer told Mark to chill with the phone calls from Queens Booking because they could track(trace) back to him. And he don't want his cell number in the system. He told Mark let him get in touch with Det Tepperman. Mark told me that the Black officer number is in one of the phones they took out his place. He think they voucher it as evidence. And the day before he was texting the black officer letting him know what new watches he had for sell. Please check Mark arrest.

1) Mark arrested (PLACE)
2) The room Meeting at 113 pct
3) Cell phone Black Officer number - Pictures of watch
4) Call made on the day Mark was at Queens Booking
5) Please check all Names, date, time of these event please
6) Watch Det Jared Pacman Tepperman
7) Phone record should prove if he text unknown Black Officer

After I refuse to keep paying and selling for Det Jared "PACMAN" Tepperman, I were then arrested a month in half later on charges of drugs on Jan 26 2011. The Queens district attorney Decline to Prosecution on Jan 28 2011. I were then detain and held over for grand Jury.

JAMIE FITZPATRICK

**Repository Inquiry**

Case No: 9 - NYSID No: 6291178J - PRR

---

New York State Division of Criminal Justice Services
4 Tower Place
Albany NY 12203-3764
Tel: 1-800-262-DCJS
Sean M. Byrne, Acting Commissioner of the NYS Division of Criminal Justice Services

## NYS Criminal History Information

↓ Cycle 13 ↑

### Arrest/Charge Information
Arrest Date: January 26, 2011 12:55 pm (12:55:00)

| | |
|---|---|
| Fax Number | Q4260 |
| Place of Arrest: | NYCPD 113 |
| Arrest Type: | Unknown |
| Date of Crime: | January 26, 2011 |
| Place of Crime: | Queens County, NY |
| Criminal Justice Tracking No.: | 64630503H |
| Arresting Agency: | NYCPD PCT 113 |
| Arresting Officer ID: | 937618 |
| Arrest Number: | Q11605077 |

THIS RECORD ONLY FOR USE AS PART OF DCJS PROGRAM FOR RECORD REVIEW SUBJECT THEREOF

**Arrest Charges:**

-- Criminal Sale Controlled Substance-1st:2 Oz Narcotic Drug
   PL 220.43  Sub 01        Class A    Felony Degree 1    NCIC 3530

-- Crim Possession Controlled Substance-1st: Narcotic Drug 8 Ozs Or More
   PL 220.21  Sub 01                    Class A    Felony Degree 1    NCIC 3532

-- Attempted Crim Possession Controlled Substance-1st: Narcotic Drug 8 Ozs Or More
   PL 220.21  Sub 01                    Class A    Felony Degree 1    NCIC 3532

-- Conspiracy 2nd: Intent to Perform a Class A Felony
   PL 105.15        Class B    Felony Degree 2    NCIC 7399

-- Reckless Endangerment-1st Degree
   PL 120.25        Class D    Felony Degree 1    NCIC 7099

### Court Case Information
-- **Court:** Queens County Criminal Court  **Case Number:** 2011QN004785

January 27, 2011
**Arraigned**
-- Criminal Sale Controlled Substance-1st:2 Oz Narcotic Drug
   PL 220.43  Sub 01                     Class A    Felony    NCIC 3530
-- Crim Possession Controlled Substance-1st: Narcotic Drug 8 Ozs Or More
   PL 220.21  Sub 01    Counts: 2        Class A    Felony    NCIC 3532
-- Operating As A Major Drug Trafficker-Acting As A Director
   PL 220.77  Sub 01                     Class A    Felony    NCIC 3599
-- Attempted Crim Possession Controlled Substance-1st: Narcotic Drug 8 Ozs Or More
   PL 220.21  Sub 01                     Class A    Felony    NCIC 3532
-- Conspiracy 2nd: Intent to Perform a Class A Felony
   PL 105.15                             Class B    Felony    NCIC 7399
-- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
   PL 220.16  Sub 01    Counts: 2        Class B    Felony    NCIC 3532
-- Attempted Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
   PL 220.16  Sub 01                     Class C    Felony    NCIC 3532

- Resisting Arrest
  PL 205.30                                    Class A       Misdemeanor       NCIC 4801

January 27, 2011
**Initial Report Of Docket Number**

April 20, 2011
**Transferred To Superior Court**
  -- Criminal Sale Controlled Substance-1st:2 Oz Narcotic Drug
     PL 220.43  Sub 01           Class A      Felony       NCIC 3530
  -- Crim Possession Controlled Substance-1st: Narcotic Drug 8 Ozs Or More
     PL 220.21  Sub 01        Counts: 2    Class A    Felony     NCIC 3532
  -- Operating As A Major Drug Trafficker-Acting As A Director
     PL 220.77  Sub 01           Class A      Felony       NCIC 3599
  -- Attempted Crim Possession Controlled Substance-1st: Narcotic Drug 8 Ozs Or More
     PL 220.21  Sub 01           Class A      Felony       NCIC 3532
  -- Conspiracy 2nd: Intent to Perform a Class A Felony
     PL 105.15          Class B      Felony      NCIC 7399
  -- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
     PL 220.16  Sub 01     Counts: 2    Class B    Felony     NCIC 3532
  -- Attempted Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
     PL 220.16  Sub 01           Class C      Felony       NCIC 3532
  -- Resisting Arrest
     PL 205.30    Class A  Misdemeanor  NCIC 4801

— **Court:** Queens County Supreme Court **Case Number:** N10225-2011

May 10, 2011
**Initial Report Of Docket Number**

June 10, 2011
**Arraigned**
  -- Crim Possession Controlled Substance-1st: Narcotic Drug 8 Ozs Or More
     PL 220.21  Sub 01                 Class A    Felony          NCIC 3532
  -- Operating As A Major Drug Trafficker-Acting As A Director
     PL 220.77  Sub 01                 Class A    Felony          NCIC 3599
  -- Attempted Crim Possession Controlled Substance-1st: Narcotic Drug 8 Ozs Or More
     PL 220.21  Sub 01                 Class A    Felony          NCIC 3532
  -- Conspiracy 2nd: Intent to Perform a Class A Felony
     PL 105.15                         Class B    Felony          NCIC 7399
  -- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
     PL 220.16  Sub 01   Counts: 2     Class B    Felony          NCIC 3532
  -- Attempted Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
     PL 220.16  Sub 01                 Class C    Felony          NCIC 3532
  -- Criminal Possession Controlled Substance- 7th Degree
     PL 220.03                         Class A    Misdemeanor     NCIC 3532
  -- Resisting Arrest
     PL 205.30                         Class A    Misdemeanor     NCIC 4801
  -- Attempted Criminal Possession Controlled Substance- 7th Degree
     PL 220.03                         Class B    Misdemeanor     NCIC 3532

**Interim release Status:** Remanded without bail

⬇ **Cycle 12** ⬆
\* Cycle may not be supported by fingerprints

**Arrest/Charge Information**
Arrest Date: January 26, 2011 12:55 pm (12:55:00)

| | |
|---|---|
| Fax Number | Q4253 |
| Place of Arrest: | NYCPD 113 |
| Arrest Type: | Unknown |
| Date of Crime: | January 26, 2011 |
| Place of Crime: | Queens County, NY |
| Criminal Justice Tracking No.: | 64630493M |
| Arresting Agency: | NYCPD PCT 113 |
| Arresting Officer ID: | 937618 |
| Arrest Number: | Q11605067 |

**Arrest Charges:**
-- Crim Possession Controlled Substance-1st: Narcotic Drug 8 Ozs Or More
   PL 220.21  Sub 01        Class A    Felony Degree 1        NCIC 3599

## Court Case Information
-- **Court:** Queens County District Attorney- Investigation   **Case Number:** Unknown

January 28, 2011
**District Attorney Declined Prosecution**

→ SEAL 160.50

January 28, 2011
**Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50**

⬇ Cycle 11 ⬆

## Arrest/Charge Information
Arrest Date: October 21, 2010 01:45 am (01:45:00)

| | |
|---|---|
| Fax Number | Q53548 |
| Place of Arrest: | NYCPD 113 |
| Arrest Type: | Unknown |
| Date of Crime: | October 21, 2010 |
| Place of Crime: | NYCPD 113 |
| Criminal Justice Tracking No.: | 64474674P |
| Arresting Agency: | NYCPD PCT 113 |
| Arresting Officer ID: | 941818 |
| Arrest Number: | Q10663077 |

**Arrest Charges:**
-- Criminal Possession Stolen Property-4th: Motor Veh Not Motorcycle
   PL 165.45  Sub 05        Class E    Felony Degree 4        NCIC 2408

-- Unauthorized Use Vehicle: Without Owner Consent
   PL 165.05  Sub 01     Class A   Misdemeanor Degree 3    NCIC 2411

-- Unlawful Possession Of Marihuana
   PL 221.05         Violation Degree 0   NCIC 3562

## Court Case Information
-- **Court:** Queens County Criminal Court   **Case Number:** 2010QN061926

October 21, 2010
**Arraigned**
-- Unlawful Possession Of Marihuana
   PL 221.05         Violation       NCIC 3562

October 21, 2010
**Initial Report Of Docket Number**

October 21, 2010
**Convicted Upon Plea Of Guilty**
-- Unlawful Possession Of Marihuana
   PL 221.05           Violation       NCIC 3562
   Sentenced to:Fine Amount: $100 Status: Paid in Full Sentence Date:October 21, 2010

October 21, 2010
**Not Arraigned**
-- Criminal Possession Stolen Property-4th:Motor Veh Not Motorcycle
   PL 165.45  Sub 05              Class E      Felony      NCIC 2408
-- Unauthorized Use Vehicle:Without Owner Consent
   PL 165.05  Sub 01    Class A   Misdemeanor   NCIC 2411

**Interim release Status:** Released on own recognizance (ROR)

## ⬇ Cycle 10 ⬆

### Arrest/Charge Information
Arrest Date: March 21, 2004 02:00 am (02:00:00)

| | |
|---|---|
| **Fax Number** | Q13920 |
| **Place of Arrest:** | NYCPD 105 |
| **Date of Crime:** | March 20, 2004 |
| **Place of Crime:** | NYCPD 105 |
| **Criminal Justice Tracking No.:** | 56907971H |
| **Arresting Agency:** | NYCPD PCT 105 |
| **Arresting Officer ID:** | 897280 |
| **Arrest Case Number:** | 00000000 |
| **Arrest Number:** | Q04614233 |

**Arrest Charges:**
-- Criminal Possession Weapon-3rd: Previous Conviction
   PL 265.02  Sub 01       Class D   Felony Degree 3    NCIC 5212

### Court Case Information
-- **Court:** Queens County Criminal Court   **Case Number:** 2004QN014359

March 21, 2004
**Arraigned**
-- Criminal Possession Weapon-3rd: Previous Conviction
   PL 265.02  Sub 01           Class D  Felony       NCIC 5212
-- General Violation Of Local Law
   LOC              Counts: 3 Class U  Misdemeanor  NCIC 7399

March 21, 2004
**Initial Report Of Docket Number**

September 22, 2004
**Transferred To Superior Court**
-- Criminal Possession Weapon-3rd: Previous Conviction
   PL 265.02  Sub 01          Class D    Felony    NCIC 5212
-- General Violation Of Local Law
   LOC Counts: 3 Class U Misdemeanor NCIC 7399

-- **Court:** Queens County Supreme Court   **Case Number:** 01667-2004

October 08, 2004
**Initial Report Of Indictment Number**

V. Relief:

State what relief you are seeking if you prevail on your complaint.

FOR the STATE CASE TO bE SeAl uNdER CPL 160.50 and COMpeNSATED FOR beiNg DETAIN oN FAlSE chARGES

I declare under penalty of perjury that on  7-28-12 , I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this  28  day of  July , 20 12. I declare under penalty of perjury that the foregoing is true and correct.

Jamie Fulpatrick
Signature of Plaintiff

AMCK
Name of Prison Facility

18-18 HAZEN ST
EAST Elmhurst
Queens NY 11370
Address

441 11 01004
Prisoner ID#

5